UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAUL RIVERA CHAVEZ,

Plaintiff,

v.

STEPHEN MANLEY, et al.,

Defendants.

Case No. 26-cv-00201-JD

**ORDER RE DISMISSAL**

Plaintiff, a former detainee, filed a civil rights action. Court mail that the Clerk sent to plaintiff at his last known addresses was returned as undeliverable because plaintiff is no longer in custody. Dkt. No. 23. Plaintiff has not provided a current mailing address or otherwise communicated with the Court. More than sixty days have passed since the mail was returned. The case is dismissed without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: May 27, 2026

JAMES DONATO
United States District Judge